CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 14 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Blagle
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEREMY SQUIRE & ASSOCIATES, LTD., | )<br>)<br>) |
| Plaintiff, | ) Case No. 7:18-cv-40<br>) |
| v. | )<br>) |
| LORI SWANSON, | ) By: Michael F. Urbanski<br>) Chief United States District Judge |
| Defendant. | ) |

## ORDER

In accordance with the representation made by counsel, ECF No. 6, that plaintiff no longer wishes to pursue this matter and agrees to its dismissal without prejudice, it is

**ORDERED** and **ADJUDGED** that this case is dismissed without prejudice, and **ORDERED** stricken from the active docket of the court.

All pending motions are **DENIED** as moot.

It is **SO ORDERED**.

Entered: 05-14-2019

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge